UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FJN, L.L.C., a Michigan limited
liability company, FRANK'S
HOLDINGS, L.L.C., a Michigan limited          CIVIL ACTION NO. 09-14262
liability company, GINO'S SURF,
FRANK NAZAR, SR. and FRANK                    DISTRICT JUDGE ARTHUR J. TARNOW
NAZAR, JR.,
                                              MAGISTRATE JUDGE MARK A. RANDON
        Plaintiffs,

  v.

VIJAY PARAKH, individually and in
his official capacity, and CHARTER
TOWNSHIP OF HARRISON, jointly
and severally,

        Defendants.
_____/

**OPINION AND ORDER GRANTING IN PART PLAINTIFFS'
MOTION FOR RELIEF FROM JUDGMENT, OR ALTERNATIVELY, FOR LEAVE TO
FILE AN AMENDED COMPLAINT (DKT. NO. 45)**

      This matter is before the Court on Plaintiffs' Motion for Relief from Judgment, or Alternatively, for Leave to File an Amended Complaint (Dkt. No. 45). Defendants responded on November 20, 2012 (Dkt. No. 46), and Plaintiffs filed a Reply on November 27, 2012 (Dkt. No. 47). The parties waived oral argument on January 15, 2013.

- 1 -

After review of the papers, Plaintiffs' motion is **GRANTED IN PART**. Plaintiffs have until *January 28, 2013* to file an Amended Complaint adding a Fourth Amendment claim only. Plaintiffs' request to add an Equal Protection claim is **DENIED**.

**IT IS ORDERED**.

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2013

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, January 16, 2013, electronically and a copy sent via first class mail.*

*s/Eddrey O. Butts*
*(In substitute for Melody Miles)*
*Case Manager to Magistrate Judge Mark A. Randon*